## THOMAS EMERSON *versus* CALL McALISTER, CATHARINE McALISTER, STEPHEN MACK, CONRAD TEN EYCK AND CHARLES LARNED

JOURNAL ENTRIES (1824): *Journal 3:* (1) Bill taken as confessed, referred to register *p. 499; (2) sale ordered *p. 512. *Chancery Journal:* (3) Decree *p. 69.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) bond for costs; (4) writ of subpoena and return; (5) motion to take bill as confessed and for reference to register; (6) register's report of amount due; (7) petition by John R. Williams to be made a party; (8) order confirming register's report; (9) draft of decree; (10-12) register's certificates of offer for sale; (13) register's certificate of sale; (14) affidavit of publication of notices of sale; (15) sheriff's bill of fees; (16) taxed bill of costs; (17) register's report; (18) deed of mortgage—John Connelly to Thomas Emerson; (19) deed of mortgage—John Connelly to Charles Larned; (20) award of referees selected to settle matters in dispute between Mack & Conant and John Connelly; (21) wrapper for notes in matter of Thomas Emerson v. John Connelly.

*Chancery Case* 37 of 1823.

## DANIEL LeROY *versus* LOUIS LeDUC AND CHARLES ROULEAU

JOURNAL ENTRIES (1824): *Journal 3:* (1) Rule to assign errors *p. 500; (2) judgment *p. 511.

PAPERS IN FILE: (1) Writ of error and return; (2) precipe for execution fi. fa.; (3) writ of fi. fa. and return; (4) precipe for alias fi. fa.; (5) alias fi. fa.; (6) precipe for pluries fi. fa.; (7) pluries fi. fa. and return; (8) second pluries fi. fa.

*1824-36 Calendar*, MS p. 57. Recorded in *Book B*, MS pp. 432-35.